## UPCHURCH v. UPCHURCH

No. 195P96

Case below: 122 N.C. App. 172

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

## WENTZ v. WENTZ

No. 219P96

Case below: 121 N.C. App. 628

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

### PETITIONS TO REHEAR

## DEMOCRATIC PARTY OF GUILFORD CO. v. GUILFORD CO. BD. OF ELECTIONS

No. 116A95

Case below: 342 N.C. 856

Petition by defendants to rehear pursuant to Rule 31 denied 9 May 1996.

## TAYLOR v. TAYLOR

No. 191A95

Case below: 343 N.C. 50

Petition by defendant to rehear pursuant to Rule 31 denied 12 June 1996.